# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL RUBIN, on Behalf of Himself and All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 1:17-cv-00104-LPS |
| v. | ) ) |
| NEUSTAR, INC., LISA A. HOOK, JAMES G. CULLEN, PAUL D. BALLEW, JOEL P. FRIEDMAN, MARK N. GREENE, ROSS K. IRELAND, PAUL A. LACOUTURE, DEBORAH D. RIEMAN, MICHAEL J. ROWNY, and HELLENE S. RUNTAGH, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Michael Rubin hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: March 28, 2017

**OF COUNSEL:**

**WEISSLAW LLP**
Richard A. Acocelli
Michael A. Rogovin
Kelly C. Keenan
1500 Broadway, 16th Floor
New York, NY 10036
(212) 682-3025

**RIGRODSKY & LONG, P.A.**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
Gina M. Serra (#5387)
2 Righter Parkway, Suite 120
Wilmington, DE 19803
(302) 295-5310

*Attorneys for Plaintiff*